# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **BRIAN BROADFIELD** | **DOCKET NO. 2:21-CV-00103** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JEFFERY ROSEN, ET AL** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner Brian Dwayne Broadfield is **DENIED** and **DISMISSED WITHOUT PREJUDICE,** to the right of the Petitioner to raise this issue again in the event this rule is modified, and he suffers injury as a result.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the pending MOTION to Certify Class [Doc. No. 4], MOTION to Appoint Counsel [Doc. No. 3], MOTION for Preliminary Injunction, and MOTION for Temporary Restraining Order [Doc. No. 2] are **DENIED AS MOOT.**

MONROE, LOUISIANA, this 29th day of June 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE